| | |
|---|---|
| 1 | STEPHANIE YONEKURA |
| 2 | Acting United States Attorney |
|   | LEON W. WEIDMAN |
| 3 | Assistant United States Attorney |
| 4 | Chief, Civil Division |
| 5 | DENNIS J. HANNA, CSBN 184475 |
|   | Special Assistant United States Attorney |
| 6 |    Social Security Administration |
| 7 |    160 Spear St., Suite 800 |
|   |    San Francisco, CA  94105 |
| 8 |    Telephone:  (415) 977-8962 |
| 9 |    Facsimile:  (415) 744-0134 |
|   |    Email:  Dennis.Hanna@ssa.gov |
| 10 | Attorneys for Defendant |

**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

ERIC DAVID SPEARS,

    Plaintiff,

    v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

No. 2:14-cv-08004-DFM

[~~PROPOSED~~]
**JUDGMENT OF REMAND**

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: February 10, 2015

                      HON. DOUGLAS F. McCORMICK
                      UNITED STATES MAGISTRATE JUDGE