UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| ERIC DAVID SPEARS, | Case No. 2:14-cv-08004-DFM |
| Plaintiff, | |
| v. | ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. §2412(d) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses:

IT IS ORDERED that fees and expenses in the amount of $4,600.00 as authorized by 28 U.S.C. §2412, be awarded subject to the terms of the Stipulation.

DATE:  March 23, 2015

_____
HON. DOUGLAS F. McCORMACK
UNITED STATES MAGISTRATE JUDGE